JUDGE CROTTY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

      - v. -              :    INDICTMENT

MIGUEL CARDONA,         :    07 CRIM. 790

          Defendant.   :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

In or about early 2007, in the Southern District of New York and elsewhere, MIGUEL CARDONA, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce and unlawfully, willfully, and knowingly did fail to update a registration as required by the Sex Offender Registration and Notification Act, to wit, the defendant moved from Florida to New York and began working in New York without updating his information with either Florida's sex offender database or New York's sex offender database as required by law.

    (Title 18, United States Code, Section 2250.)


_____        _____
FOREPERSON                             MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIGUEL CARDONA,

Defendant.

INDICTMENT

07 Cr. ___

(18 U.S.C. § 2250)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____

Filed indictment. Case assigned to Judge Crotty.
SRM 8/22/07    —Francis, J.