```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
              -v.-                  :    07 Cr. 790 (PAC)
                                    :
MIGUEL CARDONA,                     :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

   LEE RENZIN, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury that: I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; I am in charge of the above-entitled matter; and one MIGUEL CARDONA (NYSID# 9956003Z), the defendant, now incarcerated at the MTF3, Vernon C. Bain Center, 1 Hellack Street, Bronx, New York, 10474, has been charged in an Indictment with violating Title 18, United States Code, Section 2250.

   By this application, the Government seeks a writ of habeas corpus ad prosequendum, so that MIGUEL CARDONA, the defendant, can be brought before this Court to be available for prosecution in the Indictment captioned United States v. Miguel Cardona, 07 Cr. 790 (PAC). No previous application for similar relief has been made.

   WHEREFORE, your deponent respectfully requests that a writ of habeas corpus ad prosequendum issue, directing the Warden of MTF3, Vernon C. Bain Center, the United States Marshal for

1

the Southern District of New York, or any other authorized law enforcement officers, to produce the above-named defendant as soon as the defendant is available to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, and to appear as necessary thereafter in that case until MIGUEL CARDONA shall have been discharged or convicted and sentenced.

                             _____
                             LEE RENZIN
                             Assistant United States Attorney
                             (212) 637-2723

Dated:    October 4, 2007
          New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIGUEL CARDONA

Defendant.

**AFFIRMATION**

07 Cr. 790 (PAC)

(Title 18, United States Code,
Section 2250)

Michael J. Garcia
United States Attorney.